**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-2213**

─────────────

RICHARD EDWARD STIRLING,

Plaintiff - Appellant,

versus

COMMISSIONER OF INTERNAL REVENUE,

Defendant - Appellee,

and

NORTH CAROLINA DEPARTMENT OF REVENUE,

Defendant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-95-858-5-BO)

─────────────

Submitted: February 26, 1998        Decided: March 16, 1998

─────────────

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Richard Edward Stirling, Appellant Pro Se. William Sears Estabrook, III, Anthony Thomas Sheehan, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order granting summary judgment for the Appellee in his civil action in which he sought to recover monetary damages for violations of the tax laws. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant Appellant's motion to amend his informal brief and affirm on the reasoning of the district court. Stirling v. Commissioner, No. CA-95-858-5-BO (E.D.N.C. Aug. 18, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED